IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>              Plaintiff,<br><br>   vs.<br><br>VANCE CAMPBELL,<br><br>             Defendant. | 8:19CR324<br><br>FINAL ORDER OF FORFEITURE |

This matter is before the Court upon the United States of America's Motion for Final Order of Forfeiture (Filing No. 121). The Court reviews the record in this case and, being duly advised in the premises, finds as follows:

1. On December 22, 2021, the Court entered a Preliminary Order of Forfeiture forfeiting defendants' interests in $4,138 U.S. currency. (Filing No. 118).

2. On March 3, 2022, the United States filed a Declaration of Publication regarding the posting of a Notice of criminal forfeiture on an official internet government forfeiture site, www.forfeiture.gov regarding the subject currency. (Filing No. 120).

3. From a review of the Court file, the Court finds that no person or entity has filed a petition.

4. The Motion for Final Order of Forfeiture should be granted.

IT IS THEREFORE ORDERED, ADJUDGED AND DECREED as follows:

    A. The Motion for Final Order of Forfeiture is hereby granted.

    B. All right, title, and interest in and to the currency held by any person or entity is hereby forever barred and foreclosed.

    C. The currency is hereby forfeited to the United States of America.

    D.   The United States is directed to forfeit the currency in accordance with law.

ORDERED this 10th day of March, 2022.

                                            BY THE COURT:

                                            s/ Joseph F. Bataillon
                                            Senior United States District Judge