IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | Case No.   8:19CR324 |
| | ) | |
| Plaintiff, | ) | **ORDER TO DESTROY** |
| | ) | |
| vs. | ) | |
| | ) | |
| | ) | |
| VANCE CAMPBELL, | ) | |
| | ) | |
| | ) | |
| Defendant. | ) | |

Counsel for the defendant notified the court on August 8, 2022 that they wish the following exhibits held by the court in this matter to be destroyed.

Defendant's Exhibits from Motion to Suppress hearing held 3/9/2021 and 4/7/2021

Pursuant NECivR 79.1(f) or NECrimR 55.1(g), if counsel fails to show cause why the exhibits should not be destroyed, the clerk's office is directed to destroy the above-listed exhibits 14 days from the date of this order.

IT IS SO ORDERED.

DATED:   August 9, 2022

BY THE COURT

s/ **Joseph F. Bataillon**
Senior United States District Judge